**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANKLE, DENNIS K | ) | CASE NO.: 08-10376 |
| | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| Debtor. | ) | |

**<u>NOTICE PURSUANT TO F.R.B.P. 3010</u>**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

        Claim #3        Ford Motor Credit Company, LLC        $4.26
                            P.O. Box 537901
                            Livonia, MI  48153-9905

        Claim #14       Marathon Petroleum Company, LLC       $2.73
                            Attn:  Credit Card Center
                            P.O. Box 81
                            Findlay, OH  45839

Total Check Amount =  $6.99

                                          Respectfully submitted,

                                          <u>/s/ Dustin M. Roach</u>
                                          Dustin M. Roach, Chapter 7 Trustee
                                          436 East Wayne Street
                                          Fort Wayne, Indiana   46802
                                          Telephone: 260-424-8132
                                          dmrtrustee@vgtlaw.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 1st day of March, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                          <u>/s/ Dustin M. Roach</u>
                                          Dustin M. Roach, Trustee